UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| JOSE F. DA COSTA, JR., | ) ) | Case No. 20-10095-FJB |
| Debtor. | ) ) ) |  |

## MOTION OF STEWART F. GROSSMAN, CHAPTER 7 TRUSTEE, TO EMPLOY STEWART F. GROSSMAN AND THE LAW FIRM OF ARENT FOX LLP AS COUNSEL

Stewart F. Grossman, Chapter 7 Trustee of the above-captioned estate (the "Trustee"), respectfully requests that this Court enter an Order authorizing the employment of Stewart F. Grossman and the law firm of Arent Fox LLP ("Counsel") as counsel to the Chapter 7 Trustee in these proceedings. In support hereof, the Trustee states as follows:

1. On January 13, 2020, Jose F. Da Costa, Jr. (the "Debtor") filed a voluntary petition under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code"). His case was converted to a case under Chapter 7 of the Bankruptcy Code on July 22, 2020.

2. On July 23, 2020, Stewart F. Grossman was appointed Chapter 7 Trustee.

3. The Trustee requires the assistance of Counsel to enable him to perform properly his functions. The retention of attorneys is necessary in connection with, <u>inter</u> <u>alia,</u> the following:

(a) advising the Trustee with respect to the investigation, identification, and liquidation of the assets of the estate, including sale of the Debtor's assets;

(b) the identification and prosecution of claims and causes of action which may be asserted by the Trustee; and

(c) the examination of proofs of claim previously filed and to be filed herein and the possible prosecution of objections to certain of such claims.

4. The Trustee has conferred with Counsel and desires to employ said attorneys as his counsel in the within proceeding.

5. Counsel will perform the services described herein for compensation, subject to the approval of this Court, at the usual hourly rates of each person rendering services, and reimbursement of expenses incurred.

6. Filed herewith is the Affidavit of Stewart F. Grossman. To the best of the Trustee's knowledge, such affidavit sets forth all of Counsel's connections with the Debtor, creditors or other parties in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

7. The Trustee believes that it is in the best interest of the estate to employ Stewart F. Grossman and the law firm of Arent Fox LLP as counsel to the Trustee in the within proceedings.

WHEREFORE, the Trustee respectfully requests that the Court:

1. Enter an Order authorizing the Trustee to employ Stewart F. Grossman and the law firm of Arent Fox LLP as counsel to the Trustee in the within proceedings; and

2. Grant such other and further relief as is just and proper.

/s/ Stewart F. Grossman
Stewart F. Grossman, Chapter 7 Trustee
ARENT FOX LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100
stewart.grossman@arentfox.com

Dated:  August 24, 2020

22783605.1/977777-14841

## CERTIFICATE OF SERVICE

I, Stewart F. Grossman, hereby certify my understanding that on August 24, 2020, notice of the filing of **Motion of Stewart F. Grossman, Chapter 7 Trustee, to Employ Stewart F. Grossman and the Law Firm of Arent Fox LLP as Counsel** and **Affidavit of Stewart F. Grossman in Support of Motion of Stewart F. Grossman, Chapter 7 Trustee, to Employ Stewart F. Grossman and the Law Firm of Arent Fox LLP as Counsel** was sent by the Court, by e-mail, to the following:

- Colin Creager    cdc@mass-legal.com, 5538@notices.nextchapterbk.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Riccardo Rullo    rrullo@dardeno.com

/s/ Stewart F. Grossman
Stewart F. Grossman

22783605.1/977777-14841